UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL SULLIVAN,

    Plaintiff,

v.

PINNACLE AIRLINES, INC.,

    Defendant.

**ORDER**
Civil File No. 10-208 (MJD/SRN)

Jennie M. Brown, Brown Law Office, Counsel for Plaintiff.

Alec J. Beck, Seaton, Beck & Peters, P.A., and W. Chris Harrison, Pinnacle Airlines, Inc., Counsel for Defendant.

This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan R. Nelson dated May 28, 2010 [Docket No. 14] regarding Defendant's Motion to Dismiss [Docket No. 2]. Plaintiff has filed a Request for Reconsideration [Docket No. 15]. Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. <u>See</u> 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated May 28, 2010 [Docket No. 14].

2. Defendant's Motion to Dismiss [Docket No. 2] is **GRANTED**.

3. The Complaint is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 4, 2010

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court